Argued and submitted June 29, affirmed October 14, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## CAROL ANN TULL,
*Appellant.*

(90C-21213; CA A69389)

839 P2d 249

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Harrison Latto, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *State v. Dummitt,* 115 Or App 487, 839 P2d 246 (1992).

Edmonds, J., dissenting.

**EDMONDS, J.,** dissenting.

I dissent for the reasons expressed in my dissent in *State v. Dummitt*, 115 Or App 487, 839 P2d 246 (1992).